UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X

PHARMACIA CORPORATION N/K/A PFIZER INC.,

                Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY,

                Defendants.

------------------------------------------------------------X

CIVIL ACTION NO.
2:18-cv-00510-ES-MAH

STIPULATION OF DISMISSAL
WITH PREJUDICE

The matter in difference in the above-entitled action, having been amicably adjusted by and between Plaintiff Pharmacia Corporation n/k/a Pfizer Inc. ("Plaintiff") and Defendant Liberty Mutual Insurance Company ("Liberty"), it is hereby stipulated and agreed that Plaintiff's claims against Liberty are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and without costs or attorneys' fees.

**Kaufman, Dolowich & Voluck, LLP**
Attorneys for Defendant
Liberty Mutual Insurance Company

By: _____
MICHAEL ZIGELMAN
Irma P. Valentin

DATED:

**McKool Smith, P.C.**
Attorneys for Plaintiff
Pharmacia Corporation n/k/a Pfizer Inc.

By: _____
ROBIN COHEN

DATED:

So Ordered
Esther Salas, USDJ
4/18/18