**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
------------------------------------------------------------------------x
PHARMACIA CORPORATION N/K/A PFIZER, INC.,

                    No.: 2:18-cv-00510-ES-MAH

        Plaintiff,

       -against-

ARCH SPECIALTY INSURANCE COMPANY, TWIN
CITY FIRE INSURANCE COMPANY, and LIBERTY
MUTUAL INSURANCE COMPANY,

        Defendants.
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

   I, Andrew Hamelsky, certify that, on April 30, 2018, I caused a true and correct copy of Defendant Arch Specialty Insurance Company's Reply Memorandum Of Law In Further Support Of Its Motion, Pursuant To Fed. R. Civ. P. 12(B)(6), To Dismiss Plaintiff's Complaint, to be served via the CM/ECF system upon the following:

| | |
|---|---|
| Robin L. Cohen | Marianne G. May |
| McKool Smith P.C. | Clyde & Co. U.S. LLP |
| 1 Bryant Park, 47th Floor | 200 Campus Drive, Suite 300 |
| New York, NY 10036 | Florham Park, NJ 07932 |
| 212-402-9801 | 973-210-6700 |
| rcohen@mckoolsmith.com | Marianne.may@clydeco.us |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Pfizer, Inc.* | *Twin City Fire Insurance Company* |

Dated: New York, New York
    April 30, 2018

                    **WHITE AND WILLIAMS LLP**

             By: _____
                 Andrew Hamelsky, Esq.