UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PHARMACIA CORPORATION n/k/a PFIZER INC.,** | |
| Plaintiffs, | Civil Action No. 18-510 (ES) (MAH) |
| v. | |
| **ARCH SPECIALTY INSURANCE CO., et al.,** | **ORDER** |
| Defendant. | |

This matter having come before the Court for an in-person status conference held on the record on May 18, 2018;

and for the reasons set forth on the record that date;

and for good cause shown;

**IT IS ON THIS 18th day of May 2018,**

**ORDERED** that Defendant Arch Specialty Insurance Company's application for a stay of discovery pending adjudication of its motion to dismiss is denied; and it is further

**ORDERED** that the parties shall meet and confer on deadlines for: (1) the exchange of all written discovery requests and responses thereto; (2) filing of the parties' letter memoranda on the anticipated dispute regarding Defendants' request to discovery settlement agreements with third parties, including notice to those third parties; (3) the completion of all fact discovery, including depositions; (4) any motion to amend the pleadings or add parties; (5) the parties' proposed motions for summary judgment concerning the prior pending litigation exclusion, the prior notice exclusion, and exhaustion; and (5) the service of expert reports and expert discovery,

and shall jointly submit the proposed scheduling order on or before **May 31, 2018.**

s/Michael A. Hammer
**UNITED STATES MAGISTRATE JUDGE**
