# McKOOL SMITH

Robin L. Cohen
Direct Dial: (212) 402-9801
rcohen@mckoolsmith.com

One Bryant Park
47th Floor
New York, NY 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

August 22, 2018

**VIA ECF AND HAND DELIVERY**

Honorable Michael A. Hammer
United States Magistrate Judge, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 2042
Newark, NJ 07101

      RE:    *Pharmacia Corp. n/k/a Pfizer Inc. v. Arch Specialty Insurance Co., et al.,*
                No. 2:18-cv-00510-ES-MAH (D.N.J.)

Dear Judge Hammer:

      We represent Plaintiff Pharmacia Corporation n/k/a Pfizer Inc. ("Pfizer") in the above-captioned matter. Pursuant to Your Honor's August 16, 2018 Text Order (Dkt. No. 60), and Your Honor's judicial preferences regarding submission of confidential memoranda, enclosed please find copies of the subject settlement agreements for Your Honor's *in camera* review.[1] Given the size of the filing, we were advised to hand deliver these documents to Chambers in lieu of faxing them.

      We thank the Court for its attention to this matter.

                              Respectfully,

                              /s Robin L. Cohen

                              Robin L. Cohen

*Encls.*
cc:    All Counsel of Record (via ECF; w/out enclosures)

---

[1] As Plaintiff previously advised the Court and defendants, Plaintiff did not enter into any agreement with three of the underlying insurers: Federal Insurance Company, Lloyd's of London, and U.S. Specialty Insurance Company.

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**