UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHARMACIA CORPORATION n/k/a PFIZER INC., | : <br> : <br> : |
| Plaintiffs, | : Civil Action No. 18-510 (ES) (MAH) <br> : |
| v. | : <br> : |
| ARCH SPECIALTY INSURANCE CO., et al., | : <br> : |
| Defendant. | : ORDER <br> : |

This matter comes before the Court by way of a discovery dispute, wherein Defendants Arch Specialty Insurance Company (Arch) and Twin City Fire Insurance Company (Twin City) seek to compel the production of any settlement agreements executed by Pfizer Inc. (for itself or on behalf of Plaintiff Pharmacia Corporation) and Pharmacia's insurers for director & officer liability (D&O) for 2002-2003, in a matter docketed as <u>Garber v. Pharmacia Corp</u>, Civ. No. 03-1519 (DNJ), which was later consolidated into <u>Alaska Electrical Pension Fund v. Pharmacia Corp.</u>, Civ. No. 03-1519 (the "Settlement Agreements");

and Plaintiff having objected to Defendants' application;

and the Court having considered the parties' positions set forth in the legal memoranda submitted in support of, Defendants' application [D.E. 54, 58-59];

and the Court having conducted an in-camera review of the settlement agreements at issue;

and for the reasons set forth in an oral opinion issued on the record on September 24,

2018; [1]

and for good cause shown;

IT IS on this 24th day of September 2018,

ORDERED that Defendants' application to compel production of the Settlement Agreements is granted;[2] and it is further

ORDERED that Plaintiff shall produce the Settlement Agreements to Defense Counsel on or before **October 8, 2018**, under a designation of Attorneys Eyes Only pursuant to the Discovery Confidentiality Order entered on June 25, 2018 [D.E. 57].

*s/ Michael A. Hammer*_____
**Hon. Michael A. Hammer**
**United States Magistrate Judge**

---

[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).

[2] Nothing in this Court's Opinion or Order constitutes a ruling on the admissibility of any settlement agreement.