

200 Campus Drive
Suite 300
Florham Park, New Jersey  07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
Marianne.May@clydeco.us

September 26, 2018

*<u>Via ECF</u>*
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street, Room 4015
Newark, NJ  07101

    **Re:**    <u>**Pharmacia Corp. n/k/a Pfizer Inc. v. Arch Specialty Ins. Co. et al.**</u>
            <u>**Docket No.:  2:18-cv-00510-ES-MAH**</u>

Dear Judge Hammer:

      We are counsel for Defendant Twin City Fire Insurance Company ("Twin City"). Pursuant to paragraph 5 of the Pretrial Scheduling Order in this case (Dkt. No. 56), Twin City provides this brief response to the Letter Motion to Compel production of documents ("Motion") filed by Plaintiff Pharmacia Corporation n/k/a Pfizer, Inc. ("Plaintiff").

      As we discuss below, counsel for Plaintiff and for Twin City have conferred further since Plaintiff filed its Motion last week. Plaintiff and Twin City are very close to resolving one issue and remain in discussion on the second. In order to continue these discussions past today's filing deadline, Plaintiff and Twin City have agreed that Twin City will not file a substantive response to the Motion today and will make a further submission on Friday, September 28, either (i) confirming that the motion to compel as to Twin City has been withdrawn by agreement of the parties, or (ii) opposing the Motion in whole or in part.

      Should the Court have any questions in the meantime please do not hesitate to contact undersigned counsel.

Respectfully submitted,

**CLYDE & CO US LLP**

*/s/ Ma May*
_____
Marianne May (NJ Attorney ID No. 4703-1997)
200 Campus Drive, Suite 300
Newark, NJ 07932
(973) 210-6700

Clyde & Co US LLP is a Delaware limited liability partnership with offices in Atlanta, New Jersey, New York, and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

10100835 4459950.1



Honorable Michael A. Hammer, U.S.M.J.
September 26, 2018
Page 2


Of counsel:

Doug Mangel (admitted *pro hac vice*)
Gabriela Richeimer (admitted *pro hac vice*)
1775 Pennsylvania Ave, N.W. 4th Floor
Washington, D.C. 20006
(202) 757-5100


cc: All counsel of record (via ECF)