# McKool Smith

Adam S. Ziffer
Direct Dial: (212) 402-9804
aziffer@mckoolsmith.com

One Bryant Park
47th Floor
New York, NY 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

October 29, 2018

**VIA ECF**

Honorable Michael A. Hammer
United States Magistrate Judge, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    RE:    *Pharmacia Corp. n/k/a Pfizer Inc. v. Arch Specialty Insurance Co., et al.*,
              No. 2:18–cv–00510–ES–MAH (D.N.J.)

Dear Judge Hammer:

    We write on behalf of Plaintiff Pharmacia Corporation n/k/a Pfizer Inc. ("Plaintiff") to inform the Court that Plaintiff and defendant Arch Specialty Insurance Company have resolved the dispute that was the subject of Plaintiff's request for an order to compel the production of documents (*see* Dkt. Nos. 63 and 68) in the above-referenced case.

    Accordingly, Plaintiff respectfully requests that the meet and confer conference scheduled for tomorrow morning at 9:00 am, Courtroom 2C (*see* Dkt. No. 73 and text order entered on October 9, 2018) be adjourned.

                              Respectfully submitted,

                              By: s/ Adam S. Ziffer

                              Adam S. Ziffer

cc:  All counsel of record (via ECF)