**CLYDE & CO US LLP**
Marianne May, Esq.
200 Campus Drive, Suite 300
Florham Park, NJ 07932
(973) 210-6700
Marianne.May@clydeco.us
*Attorneys for Defendant Twin City Fire Insurance Company*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHARMACIA CORPORATION N/K/A PFIZER INC., | ) ) ) |
| Plaintiff, | ) C.A. No. 2:18-cv-00510-ES-MAH ) |
| v. | ) ) Judge Michael A. Hammer |
| ARCH SPECIALTY INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) **CONSENT ORDER** ) **AMENDING DEADLINES** ) ) |
| Defendants. | ) |

THIS MATTER having been brought before the Court on the request of Marianne May, Esq., attorney for defendant, Twin City Fire Insurance Company, with agreement of all parties to this action, for an Order amending certain deadlines set forth in the Court's Scheduling Order dated June 15, 2018 (Doc. 56) and the Court's Consent Order Amending Deadlines dated November 2, 2018 (Doc. 79).

The Court having considered the parties' request and for good cause shown;

IT IS on this 28th day of January, 2019, **ORDERED AS FOLLOWS:**

1. All terms of the Court's June 15, 2018 Scheduling Order (Doc. 56) remain in effect other than as set forth herein.

2. Paragraph 4 of the Court's Scheduling Order is amended such that depositions of fact witnesses and individuals who will give lay opinion testimony based on particular competence in an area are to be completed no later than February 28, 2019.

3. Paragraph 16 of the Court's Scheduling Order is amended to require affirmative expert reports to be delivered by March 11, 2019.

4. Paragraph 17 of the Court's Scheduling Order is amended to require responding expert reports to be delivered by April 11, 2019.

5. Paragraph 18 of the Court's Scheduling Order is amended to require that expert discovery be completed on or before May 3, 2019.

6. The telephone conference shall proceed as scheduled on April 18th at 2:00pm

SO ORDERED.

_____, U.S.M.J.

Consent as to form, content and substance of the Consent Order:

/s/ Robin L. Cohen
**MCKOOL SMITH, P.C.**
Robin L. Cohen (NJ Attorney ID No. 030501986)
Adam Ziffer (admitted *pro hac vice*)
Marc T. Ladd (admitted *pro hac vice*)
Denise N. Yasinow (NJ Attorney ID No. 148032015)
One Bryant Park, 47th Floor
New York, NY 10036
Tel: (212) 402-9400
*Counsel for Plaintiff Pharmacia Corporation n/k/a Pfizer Inc.*

/s/ Andrew I. Hamelsky
**WHITE & WILLIAMS, LLP**
Andrew I. Hamelsky
Erica Kerstein (*pro hac vice*)
The Legal Center, One River Front Plaza
1037 Raymond Blvd. Suite 230
Newark, NJ 07102
(201) 368-7206

*Counsel for Defendant Arch Specialty Insurance Company*

/s/ Marianne May
**CLYDE & CO US LLP**
Marianne May (NJ Attorney ID No. 4703-1997)
Douglas M. Mangel (*pro hac vice*)
Gabriela Richeimer (*pro hac vice*)
200 Campus Drive, Suite 300
Newark, NJ 07932
(973) 210-6700

*Counsel for Defendant Twin City Fire Insurance Company*