IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHARMACIA CORPORATION<br>N/K/A PFIZER INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE<br>COMPANY and TWIN CITY FIRE<br>INSURANCE COMPANY,<br><br>        Defendants. | C.A. No. 2:18-cv-00510-ES-MAH<br><br>**RETURN DATE: AUGUST 5, 2019**<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT
ON BEHALF OF DEFENDANTS**

TO:    Robin Cohen, Esq.
         Adam Ziffer (pro hac vice)
         Marc T. Ladd (pro hac vice)
         One Bryant Park, 47th Floor
         New York, NY 10036

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendants ARCH SPECIALTY INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY (together, "Insurers") shall apply to the Honorable Esther Salas, United States District Court Judge for the United States District Court, District of New Jersey, at the Federal Courthouse in Trenton, New Jersey, on August 5, at 9:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, for an Order granting summary judgment in favor of Insurers, entering judgment in favor of Insurers, and dismissing Plaintiff's Complaint against Insurers, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion for Summary Judgment, Insurers will rely on the Accompanying Statement of Undisputed Material Facts, Memorandum of Law and Declaration of Gabriela Richeimer, Esq. with exhibits.

A proposed Order is submitted separately.

Respectfully submitted,

Dated: June 28, 2019

**WHITE AND WILLIAMS LLP**

*/s/Erica Kerstein*
Erica Kerstein, Esq. (ID No. 1879-2001)
Andrew Hamelsky, Esq.
WHITE AND WILLIAMS LLP
7 The Legal Center, One River Front Plaza
1037 Raymond Blvd. Suite 230
Newark, New Jersey 07102
201-368-7206
Kersteine@whiteandwilliams.com
*Attorneys for Defendant*
*Arch Specialty Insurance Company*


**CLYDE & CO US LLP**

*/s/Marianne May*
Marianne May, Esq. (ID No. 4703-1997)
Marianne.May@clydeco.us
200 Campus Drive, Suite 300
Newark, NJ 07932
(973) 210-6700

Doug Mangel (admitted *pro hac vice*)
Gabriela Richeimer (admitted *pro hac vice*)
1775 Pennsylvania Ave, N.W. 4th Floor
Washington, D.C. 20006
(202) 757-5100
Doug.Mangel@clydeco.us
Gaby.Richeimer@clydeco.us
*Attorneys for Defendant*
*Twin City Fire Insurance Company*