MCKOOL SMITH, P.C.
Robin L. Cohen (NJ Attorney ID No. 030501986)
Adam S. Ziffer (admitted *pro hac vice*)
Marc T. Ladd (admitted *pro hac vice*)
One Bryant Park, 47th Floor
New York, NY 10036
Tel: (212) 402-9400
*Attorneys for Plaintiff Pharmacia Corporation n/k/a Pfizer Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHARMACIA CORPORATION N/K/A PFIZER INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 2:18-cv-00510-ES-MAH<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:   ALL DEFENDANTS

**PLEASE TAKE NOTICE** that on August 19, 2019 at 9:00 am or as soon thereafter as counsel may be heard, Plaintiff Pharmacia Corporation ("Pharmacia") n/k/a Pfizer Inc., will move before Judge Esther Salas, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 5A, Newark, New Jersey 07101, for an Order granting summary judgment and declaring that:

(1) New Jersey law applies to Defendants' excess directors' and officers' insurance policies (the "D&O Policies");

(2) Pharmacia's underlying limits are exhausted and the D&O Policies attach to provide insurance coverage for Pharmacia's losses incurred in connection with an underlying lawsuit entitled *Robert L. Garber v. Pharmacia Corp., et al.*, No. 03-1519 (AET) (D.N.J.), later consolidated and captioned *Alaska Electrical Pension Fund, et al. v. Pharmacia Corp., et al.*, No. 03-1519 (AET) (D.N.J.) ("*Garber*");

(3) the pending and prior litigation exclusions in the D&O Policies do not exclude insurance coverage for *Garber*; and

(4) the warranty letter executed by Pharmacia's then-CEO and then-CFO does not exclude insurance coverage for *Garber*.

**PLEASE TAKE FURTHER NOTICE** that submitted in support of this Motion is Pharmacia's Memorandum of Law, Statement of Undisputed Material Facts, and Declaration of Robin L. Cohen, with attached exhibits.

Oral argument on the within Motion is requested in the event timely opposition is filed and served hereto.

A proposed Form of Order is enclosed.

Dated: New York, NY  
June 28, 2019

MCKOOL SMITH, P.C.

By: s/ Robin L. Cohen  
Robin L. Cohen (NJ Attorney ID No. 030501986)  
Adam S. Ziffer (admitted *pro hac vice*)  
Marc T. Ladd (admitted *pro hac vice*)  
One Bryant Park, 47th Floor  
New York, NY 10036  
Tel: (212) 402-9400

*Attorneys for Plaintiff Pharmacia Corporation n/k/a Pfizer Inc.*