**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
-------------------------------------------------------------------x
PHARMACIA CORPORATION N/K/A PFIZER INC.,

                      Plaintiff,

        -against-

ARCH SPECIALTY INSURANCE COMPANY, TWIN
CITY FIRE INSURANCE COMPANY, and LIBERTY
MUTUAL INSURANCE COMPANY,

                      Defendants.
-------------------------------------------------------------------x

No.: 2:18-cv-00510-ES-MAH

## STIPULATION OF DISMISSAL WITH PREJUDICE

**WHEREAS**, plaintiff Pharmacia Corporation n/k/a Pfizer Inc. ("Plaintiff") and defendant Arch Specialty Insurance Company ("Arch"), acting through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action as it pertains to Arch, including all claims and counterclaims stated herein against and between Plaintiff and Arch. Plaintiff and Arch will each bear its own attorney's fees and costs, neither party will seek prejudgment or post-judgment interest, and Plaintiff and Arch waive any rights to appeal as to each other.

By: /s/ Robin L. Cohen
Robin L. Cohen (ID No. 03050-1986)
Adam S. Ziffer (admitted *pro hac vice*)
Marc T. Ladd (admitted *pro hac vice*)
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
Tel: (212) 402-9400
rcohen@mckoolsmith.com
aziffer@mckoolsmith.com
mladd@mckoolsmith.com

*Attorneys for Plaintiff Pharmacia Corporation n/k/a Pfizer Inc.*

BY: /s/ Marianne May
Marianne May (ID No. 04703-1997)
200 Campus Drive, Suite 300
Newark, NJ 07932
Tel: (973) 210-6700
Marianne.May@clydeco.us

Doug Mangel (admitted *pro hac vice)*
Gabriela Richeimer (admitted *pro hac vice)*
1775 Pennsylvania Ave, N.W. 4th Floor
Washington, D.C. 20006
Tel: (202) 757-5100
Doug.Mangel@clydeco.us
Gabriela.Richeimer@clydeco.us

*Attorneys for Defendant
Twin City Fire Insurance Company*

Dated: January 6, 2020

By: /s/ Andrew Hamelsky
Andrew Hamelsky (ID No. 04511-1994)
Erica Kerstein (admitted *pro hac vice*)
WHITE AND WILLIAMS, LLP
7 The Legal Center, One River Front Plaza
1037 Raymond Blvd, Suite 230
Newark, NJ 07102
Tel: (201) 368-7206
Hamelskya@whiteandwilliams.com
Kersteine@whiteandwilliams.com

*Attorneys for Defendant Arch Specialty Insurance Company*

SO ORDERED

Hon. Esther Salas, U.S.D.J.
Date: January 7, 2020