# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge:   Esther Salas                        Date:  March 11, 2020

Court Reporter:  Joanne Sekella

Deputy Clerk: Elisaveta Kalluci

**Title of Case:**                    Docket # **CV. 18-00510 (ES-JAD)**

PHARMACIA CORPORATION v. ARCH SPECIALTY INSURANCE COMPANY et al

**Appearances:**

Adam Ziffer, Esq., for the plant.
Marc Ladd, Esq., for the plant.
Douglas M. Mangel, Esq., for the defts.
Luke Barlow, Esq., for the defts.

**Nature of Proceedings:**    TELEPHONE STATUS CONFERENCE

Telephone conference on the record.
Counsel advised the Court resolving the case through MEDIATION.
Ordered parties to meet and confer and file a joint letter advising the court of the private mediator's name by the end of the month.
Summary judgment motions administratively terminated.
Ordered parties to advise the court of success or failure of mediation.

Time Commenced:  11:05 a.m.
Time Adjourned:  11:15 a.m.                    Elisaveta Kalluci
Total Time: 10Min.                              Deputy Clerk