IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHARMACIA CORPORATION N/K/A PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 2:18-cv-00510-ES-MAH <br><br> **ORDER GRANTING MOTION TO SEAL** |

This matter is before the Court on the Motion of Defendant Twin City Fire Insurance Company ("Twin City") for an Order pursuant to Local Civil Rule 5.3 sealing Exhibit 50 filed as supplemental evidence in support of Twin City's motion for summary judgment, and whereas the Court finds that:

(a) the nature of the material at issues is what Pharmacia maintains to be confidential and sensitive information regarding Pharmacia's business and settlement agreements;

(b) there are legitimate private interests at stake which warrant the sealing request, namely, Pharmacia's interest in its business practices and settlement agreements and Arch's interest in its business practices and underwriting process;

(c) if the requested relief is not granted, Pharmacia maintains that it would suffer injury in the form of potentially being prejudiced in its business interests and ability to procure insurance;

(d) no less restrictive alternative to the requested relief is available because Pharmacia maintains that any filing available on the public docket that discloses the information at issue will jeopardize its ability to operate as a business going forward and its ability to obtain insurance;

(e) there has been no temporary seal on the aforementioned documents;

(f) the Parties know of no party or non-party who objects to or intends to object to the sealing request; and

(g) the Court, having considered the moving papers and for good cause shown;

It is on this 2nd day of September, 2020,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Exhibit 50, the Arch Settlement Agreement, hereby sealed and restricted from public access; and it is further

**ORDERED** that Defendant may file Exhibit 50 under Seal.

*/s Michael A. Hammer*
U.S.M.J.