**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PHARMACIA CORPORATION n/k/a PFIZER INC.** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.: 18-0510 (ES) (MAH)** |
| **TWIN CITY FIRE INSURANCE COMPANY,** | **ORDER** |
| **Defendant.** | |

SALAS, DISTRICT JUDGE

This matter comes before the Court by way of cross-motions for summary judgment filed by Plaintiff Pharmacia Corporation n/k/a Pfizer Inc. ("Pharmacia") (D.E. No. 118) and Defendant Twin City Fire Insurance Company ("Twin City") (D.E. No. 119). For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 5th day of August 2022,

**ORDERED** that Pharmacia's motion for summary judgment (D.E. No. 118) is **DENIED**; and it is further

**ORDERED** that Twin City's motion for summary judgment (D.E. No. 119) is **GRANTED**; and it is further

**ORDERED** that judgment is hereby entered in favor of Twin City on all of claims against it; and it is further

**ORDERED** that the Clerk of Court maintain the Court's Opinion under temporary seal, pending further Order of the Court; and it is further

**ORDERED** that the parties have thirty days after entry of the Court's Opinion to submit joint proposed redactions to the Opinion.

_____
**Hon. Esther Salas, U.S.D.J.**