# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHARMACIA CORPORATION N/K/A PFIZER INC.,<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:18-cv-00510-ES-MAH<br><br>**NOTICE OF APPEAL<br>TO THE U.S. COURT OF APPEALS<br>FOR THE THIRD CIRCUIT** |

**PLEASE TAKE NOTICE** that Pharmacia Corporation n/k/a Pfizer Inc. ("Plaintiff") in the above-captioned action hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Opinion [ECF No. 128] and Order [ECF. No. 129], entered on August 5, 2022: (i) denying Plaintiff's motion for summary judgment [ECF No. 118], (ii) granting the motion for summary judgment of Defendant Twin City Fire Insurance Company ("Twin City") [ECF No. 119], (iii) and entering judgment in favor of Twin City on all claims.

Dated: August 25, 2022

**COHEN ZIFFER FRENCHMAN & MCKENNA**

BY: */s/ Robin L. Cohen*
Robin L. Cohen
(NJ Attorney ID: 030501986)
Adam S. Ziffer (admitted *pro hac vice*)
Marc T. Ladd (admitted *pro hac vice*)
1325 Avenue of the Americas
New York, New York 10019

*Attorneys for Pharmacia Corp. n/k/a Pfizer Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHARMACIA CORPORATION N/K/A PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 2:18-cv-00510-ES-MAH |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal to the U.S. Court of Appeals for the Third Circuit has been served electronically on all counsel of record via operation of the Court's electronic filing system on August 25, 2022.

/s/ Robin L. Cohen
Robin L. Cohen
(NJ Attorney ID: 030501986)