UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2586
_____

PHARMACIA CORPORATION n/k/a PFIZER, INC.,
Appellant

v.

ARCH SPECIALTY INSURANCE COMPANY; TWIN CITY FIRE INSURANCE
COMPANY; LIBERTY MUTUAL INSURANCE COMPANY

_____

On Appeal from the United States District Court
for the District of New Jersey
(No. 2-18-cv-00510)
U.S. District Judge: Honorable Esther Salas
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
January 16, 2024
_____

Before: SHWARTZ, MATEY, and PHIPPS, Circuit Judges.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R.

34.1(a) on January 16, 2024.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on August 5, 2022, is hereby AFFIRMED. Costs shall be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 19, 2024

Certified as a true copy and issued in lieu of a formal mandate on   03/07/2024

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**